In the Matter of MARCUS SYKES, Respondent, v CITY OF NEW YORK et al., Appellants.

Submitted April 3, 2017; decided June 6, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine an action or proceeding within the meaning of the Constitution.

GASPER A. TIRONE et al., Cotrustees of GASPER A. TIRONE and ELAINE E. TIRONE TRUST, Respondents, v DEBORAH A. BUCZEK, Appellant, et al., Defendants.

Submitted April 3, 2017; decided June 6, 2017

Motion for reargument denied [*see* 28 NY3d 1180 (2017)].

U.S. BANK NATIONAL ASSOCIATION, Respondent-Appellant, v DLJ MORTGAGE CAPITAL, INC., Appellant-Respondent, et al., Defendant.

Submitted January 23, 2017; decided June 6, 2017

Motion by appellant-respondent for leave to appeal granted. Motion by respondent-appellant for leave to appeal dismissed as untimely.

Judge WILSON taking no part.